UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODESTO HERNANDEZ,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTATUCK INVESTORS, LLC,<br>a Connecticut Limited Liability Company,<br><br>    Defendant. | CASE NO. 3:18-cv-01774-VLB |

Modesto Hernandez, hereby declares as follows:

1. I am the Plaintiff in this action. I have retained counsel, Ku & Mussman, P.A., to represent me in the prosecution of this matter.

2. I suffer from Polio and as result I am unable to walk or stand and must use a wheelchair for mobility.

3. Prior to bringing this action, I visited and shopped at the shopping center known as the Mattatuck Plaza generally located at 650 Wolcott Street, Waterbury, CT 06705 ("Defendant's Property"). Prior to filing this action, my last visit to the Defendant's shopping center occurred on September 3, 2018.

4. During my visits to the Property, I encountered numerous barriers which decreased my enjoyment of and access to the Property, required me to use extra caution maneuvering throughout the Property and required that I avoid certain dangerous elements of the Property.

5. More specifically, the following:

1

a.   I encountered inaccessible parking spaces designated for disabled use throughout the Property due to very steep surface slopes in some areas and pavement in disrepair.

b.   I also encountered inaccessible parking spaces designated for disabled use throughout the Property due to low signage which can be obstructed by parked vehicles.

c.   Additionally, I encountered inaccessible sidewalk routes near Harbor Freight, Chuck E Cheese's, Dollar Tree, Rainbow and other areas throughout the Property due to running slopes in excess of 5% without handrails and excessive cross slopes.

6.   I intend to return to the Defendant's Property as both a patron of the stores located at the Property and to determine whether the barriers to access have been remedied.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the injunctive relief claimed is justly due to Plaintiff, that no part thereof has been performed, and that the relief sought in this action is necessary to bring the Defendant's Property into full compliance with the Americans with Disabilities Act.

Dated:   12/19/18

FURTHER AFFIANT SAYETH NAUGHT.

[Continued on Following Page]

State of _New York_

County of _Queens_

_[signature]_
Modesto Hernandez

Sworn to me before this 19th
day of _December_, _2018_.

_[signature]_
Notary Public

MICHAEL HARRIPERSAUD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6273404
Qualified In Queens County
My Commission Expires 12-10-2020

Personally Known _____ OR Produced Identification __✓__
Type of Identification Produced
_NYS Driving License_