UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODESTO HERNANDEZ, an individual : <br> : <br> : <br> v. : <br> : <br> MATTATUCK INVESTORS, LLC, a : <br> Connecticut Limited Liability : <br> Company : | NO. 3:18-cv-1774-VLB |

## DEFAULT JUDGMENT

The Defendant, having failed to plead or otherwise defend in this action and default under Fed. R. Civ. P. 55(a) having been entered on December 6, 2019; and

The Plaintiff having filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted the motion in part and denied in part on September 4, 2019; it is hereby

ORDERED, ADJUDGED and DECREED that, consistent with the Court's order, default judgment be and is hereby entered in favor of the plaintiff for an award of costs in the amount of $400 for the court filing fee, and the defendant shall submit an architectural plan that remedies the Americans with Disabilities Act Accessibility Guidelines violations and make the necessary alterations pursuant to the Court's Memorandum of Decision (Dkt. 13).

Dated at Hartford, Connecticut this 26th day of November, 2019.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
    Jeremy Shafer
    Deputy Clerk

EOD: 11/26/2019